PROB 12A
(10/24)

# United States District Court

for

## District of New Jersey

## Report on Individual Under Supervision

Name of Individual Under Supervision: Slavko Andjelovic  Cr.: 17-00226-001
PACTS #: 3629263

Name of Sentencing Judicial Officer:  THE HONORABLE NOEL L. HILLMAN
SENIOR UNITED STATES DISTRICT JUDGE

Name of Assigned Judicial Officer:  THE HONORABLE CHRISTINE P. O'HEARN
UNITED STATES DISTRICT JUDGE
(Reassigned on April 28, 2025)

Date of Original Sentence: 08/22/2019

Original Offense:  Count One: Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone, in violation of 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) & (b)(1)(C)], a Class C Felony
Count Two: Conspiracy to Distribute and Possess with Intent to Distribute N-Benzylpiperazine, in violation of 21 U.S.C. § 846 [21 U.S.C. §§ 841(a)(1) & (b)(1)(C)], a Class C Felony

Original Sentence: 5 years probation on counts one and two to run concurrently

Special Conditions: Mental Health Treatment, Financial Disclosure, No New Debt/Credit, Special Assessment, Fine, Forfeiture

Type of Supervision: Probation  Date Supervision Commenced: August 22, 2019

## STATUS UPDATE

The Probation Office respectfully submits this status update regarding Slavko Andjelovic, who previously completed his term of supervised release in the Eastern District of New York on September 6, 2023.

Mr. Andjelovic has applied for a Certificate of Relief from Disabilities/ Good Conduct through the New York State Department of Corrections and Community Supervision (DOCCS). This certificate is intended to help individuals with criminal records overcome certain legal barriers to employment, housing, and other opportunities, but does not remove the conviction.

As part of his application, Mr. Andjelovic has signed a release authorizing access to his presentence report (PSR). In similar cases in the Eastern District of New York, the Court has been approached to approve the release of the PSR to facilitate the Certificate of Relief process.

The Probation Office respectfully requests the Court's approval to release the PSR to the DOCCS as part of Mr. Andjelovic's application. A copy of his signed release is attached for the Court's reference. The probation office respectfully awaits Your Honor's decision in this regard.

Prob 12A – page 2
Slavko Andjelovic

Respectfully submitted,

JOSEPH A. DaGROSSA, Chief
U.S. Probation Officer

By:  KASHIF M. SIMMONS
U.S. Probation Officer

/ kms

APPROVED:

_____    04/29/2025
CARRIE H. BORONA                              Date
Supervising U.S. Probation Officer

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

☐ No Formal Court Action to be Taken at This Time

☐ Submit a Request for Modifying the Conditions or Term of Supervision

☐ Submit a Request for Warrant or Summons

☑ Release presentence report to DOCCS (as recommended by the Probation Office)

_____
Signature of Judicial Officer

4/30/25
Date

12

I agree to allow an investigation to be made to determine my fitness for a certificate pursuant to Article 23 of the NYS Correction Law. I hereby certify that I have fully and truthfully answered all of the above questions.

Applicant's Signature: _____ Date: 10/10/24

MUST BE SIGNED BY A NOTARY PUBLIC

State of New York
County of NASSAU _____

SLAVKO ANDJELOVIC being duly sworn, deposed and says that he/~~she~~ is the applicant named within the application: the he/~~she~~ has read the foregoing application and knows the contents thereof; that the same is true to his/~~her~~ own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters he/she believes it to be true.

DAWN E. GENTZ
Notary Public, State of New York
No. 01GE4995117
Qualified in Nassau County
Commission Expires April 20, 2026

_____
Notary Public

Authorization for release of information

I, SLAVKO ANDJELOVIC _____, have applied to the New York State Department of Corrections and Community Supervision for a Certificate of Relief from Disabilities/Good Conduct. To facilitate the investigation of my application, I hereby authorize any individual, private business concern, state or federal agency to release to any authorized representative of the Department of Corrections and Community Supervision any information such person, private business concern. State or federal agency may have in its possession concerning me or my activities.

Applicant's Signature: _____ Date: 10/10/24

DAWN E. GENTZ
Notary Public, State of New York
No. 01GE4995117
Qualified in Nassau County
Commission Expires April 20, 2026

_____
Notary Public